880

**ALLOY PIPING PRODUCTS, INC.,** Flowline Division of Markovitz Enterprises, Inc., Gerlin, Inc., and Taylor Forge Stainless, Inc., Plaintiffs,

v.

**UNITED STATES, Defendant–Appellee,**

and

**Ta Chen Stainless Steel Pipe Co., Ltd., Defendant–Appellant.**

No. 2010–1288.

United States Court of Appeals, Federal Circuit.

Nov. 15, 2010.

Jeffrey S. Beckington, Kelley Drye & Warren, LLP, Washington, DC, for Plaintiffs.

Stephen C. Tosini, Department of Justice, Washington, DC, for Defendant–Appellee.

Peter J. Koenig, Christopher Alan Williams, Esquire, Sanders & Dempsey L.L.P., Washington, DC, for Defendant–Appellant.

### ORDER

Upon consideration of Defendant–Appellant Ta Chen Stainless Pipe Co.'s, consent motion to withdraw its appeal (the "Motion"), it is hereby:

**ORDERED** that the Motion is **GRANTED;**

**ORDERED** that the appeal is **DISMISSED;** and

**ORDERED** that each side shall bear its own costs.